IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TEXAS
AUSTIN DIVISION

| | | |
|---|---|---|
| YETI COOLERS, LLC, | § § § § § § § § § § § § § | |
| Plaintiff, | | |
| v. | | 1:17-CV-423-RP |
| SETH STEVENS d/b/a SDS MARKETING d/b/a ESKIMO COOLERS, PANTHER GROUP LLC d/b/a ESKIMO COOLERS, and PANTHER GROUP SALES, LLC d/b/a ESKIMO COOLERS, | | |
| DefendantS. | | |

**ORDER**

Before the Court in the above-entitled action is a Notice of Dismissal pursuant to Federal Rule of Civil Procedure 41. (Dkt. 31). Plaintiff states that it is dismissing its claims against Panther Group LLC, without prejudice. Plaintiff's voluntary dismissal is only as to this defendant; the other defendants are subject to a consent judgment, (Dkt. 30), entered separately by the Court.

Having reviewed the Notice, and pursuant to Rule 41 of the Federal Rules of Civil Procedure, the Court **ORDERS** that all claims brought by Plaintiff against Panther Group LLC in this action be **DISMISSED WITHOUT PREJUDICE**, with costs and attorney's fees taxed to the party incurring the same.

Since all claims against the other defendants have been resolved with a consent judgment, (Dkt. 30), there are no remaining claims in this case. Therefore, **IT IS FINALLY ORDERED** that this case is **CLOSED**.

**SIGNED** on January 17, 2018.

_____
ROBERT PITMAN
UNITED STATES DISTRICT JUDGE